MANDOUR & ASSOCIATES, APC
JOSEPH A. MANDOUR, III (SBN 188896)
Email: jmandour@mandourlaw.com
BEN T. LILA (SBN 246808)
Email: blila@mandourlaw.com
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: (858) 487-9300
Attorneys for plaintiff,
Galatea Jewelry Corporation

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Galatea Jewelry Corporation, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>Hoang Doan DBA Ecks Jewelry, an individual; and Ecks Jewelry, Inc., a California corporation,<br><br>Defendants. | **Civil Case No. 2:26-cv-9889**<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Galatea Jewelry Corporation ("Plaintiff" or "Galatea Jewelry"), by and through its counsel, alleges for its Complaint against Defendants Hoang Doan DBA Ecks Jewelry ("Doan"), and Ecks Jewelry, Inc. ("Ecks Jewelry" and (collectively with Doan, "Defendants") as follows:

**NATURE OF THE ACTION**

1. This Court has subject matter jurisdiction pursuant to 17 U.S.C. § 501, *et seq*. (copyright infringement) and 28 U.S.C. §§ 1331 (federal question jurisdiction), 1338(a) and 1338(b) and supplemental jurisdiction for state causes of action.

**THE PARTIES**

2. Plaintiff Galatea Jewelry Corporation ("Galatea Jewelry") is a corporation organized under the laws of the State of California with its principal place of business in San Dimas, California at 247 West Bonita Avenue.

3. Defendants Hoang Doan DBA Ecks Jewelry ("Doan") with a mailing address of PO Box 254, Monrovia, CA 91017. On information and belief Hoang Doan also served as CFO and registered agent of Defendants Ecks Jewelry, Inc.

4. Defendants Ecks Jewelry, Inc. ("Ecks Jewelry") is a dissolved California corporation with an agent address of 247 West Bonita Avenue, San Dimas, California 91773.

**JURISDICTION AND VENUE**

5. This Court has subject matter jurisdiction over this lawsuit under 28 U.S.C. § 1338, because, *inter alia,* the action arises under the copyright laws of the United States.

6. This Court has personal jurisdiction over Defendants because they reside in California and in the Central District of California.

7. Venue is proper and reasonable in this district under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to these claims for copyright infringement occurred in this district and Defendants reside in the District.

## FACTS

8. Chi Huynh is a jewelry designer and principal of Galatea Jewelry.

9. Chi is the sole designer, creator and author of certain copyright designs (the "Subject Copyrights") that are the subject of the following U.S. Copyright Registrations:

- "Octopus", Reg. No.VA 2-343-023, February 28, 2023;
- "Octopus 2", Reg. No.VA 2-343-020, February 28, 2023;
- "Pearl egg", Reg. No. VA 2-343-022, February 28, 2023;
- "mortality skull" Reg. No. VA 2-241-434, March 09, 2021;
- "Lion Ring" Reg. No. VA 2-241-437, March 09, 2021;
- "Two in One Heart", Reg. No. VAu 1-002-027, October 2, 2009
- "Two of One Heart", Reg. No. VAu 1-010-959, January 8, 2010;
- "Whale with Pearl", Reg. No. VAu 1-595-329, June 8, 2026;
- "Piggy Pearl", Reg. No. VAu 1-595-330, June 8, 2026;
- "parrot with pearl", Reg. No. VAu 1-595-328, June 8, 2026;
- "Hummingbird pearl with a long tail", Reg. No. VAu 1-595-325, June 8, 2026;
- "king frog", Reg. No. VAu 1-595-327, June 8, 2026;
- "Bird of paradise jewelry", Reg. No. VAu 1-595-323, June 8, 2026;
- "Gold-fish", Reg. No. VAu 1-595-332, June 8, 2026; and
- "Frog with pearl", Reg. No. VAu 1-594-318, June 8, 2026;

10. True and correct copies of the U.S. Copyright Registrations are attached hereto as Exhibit A.

11. Chi has assigned all right, title, and interest in and to the Subject Copyrights to Galatea Jewelry. A true and correct copy of the Assignment Agreement is attached hereto as Exhibit B.

12. Defendant Doan was employed by Galatea Jewelry from approximately 2013 through July 17, 2018.

13. Doan had access to Galatea Jewelry company information including, without limitation, Galatea Jewelry's product inventory, jewelry samples, computer-aided design (CAD) files, manufacturing information, unpublished design files, internal product records, and other proprietary business material.

14. Plaintiff is informed and believes that Doan individually and through Ecks Jewelry, manufactures, advertises, markets, distributes, and sells jewelry products throughout the United States.

15. Plaintiff is presently unaware of the precise legal form of Ecks Jewelry and will amend this Complaint to identify its legal status and principal place of business after further investigation.

16. Without authorization, defendants used, copied, reproduced, and republished the Subject Copyrights.

17. True and correct copies of images showing the Infringing Designs compared to the Subject Copyrights are attached as Exhibit C.

18. Defendants' copying, republication and exploitation of plaintiff's copyrighted works were without authorization from plaintiff. Defendants' copying was willful, oppressive, malicious and done with wrongful intent to infringe the rights of plaintiff.

## **<u>CLAIMS OF RELIEF</u>**

## **FIRST CLAIM OF RELIEF**

### **(Copyright Infringement – 17 U.S.C. § 501)**

19. Plaintiff repeats and incorporates by reference the statements and allegations in paragraphs 1 to 18 of the complaint as though fully set forth herein.

20. At all times relevant hereto, plaintiff has been the owner and/or assignee of all copyright rights or rights to assert copyright claims for its works and all derivative works.

21. Without authorization, defendants used, copied, reproduced, and republished the copyrighted material. Defendants' copying, reproduction, and

republication were commercial in character and purpose. Defendants either completely or substantially used plaintiff's copyrighted content. Because the copying was for commercial purposes, it did not constitute fair use under any doctrine of copyright law.

22. Plaintiff did not authorize defendants' copying, displaying, or republishing of the works. Defendants infringed the copyrights of plaintiff's creative works by, *inter alia,* reproducing, republishing, publicly displaying, and creating derivatives of the works.

23. As a result of defendants' infringement, plaintiff has suffered, and will continue to suffer, substantial losses.

24. Defendants knew the infringed works belonged to plaintiff and that they did not have authorization to exploit plaintiff's works. Defendants' infringements were, therefore, willful.

25. On information and belief, defendants induced, caused and materially contributed to the infringing acts of others by encouraging, inducing, allowing, and assisting others to reproduce and republish plaintiff's works. Further, on information and belief, defendants had knowledge of the infringing acts of others relating to plaintiff's copyrighted works.

26. On information and belief, defendants have the right and ability to control the infringing acts of the individuals and entities that directly infringed plaintiff's works. Further, on information and belief, defendants obtained a direct financial benefit from the infringing activities of the individuals or entities that directly infringed plaintiff's works.

27. Defendants' actions, as set forth above, constitute copyright infringement in violation of the Copyright Act, 17 U.S.C. § 501, *et seq.*, all to the damage of plaintiff as previously alleged.

28. By reason of the foregoing unlawful acts recited in the above paragraphs, plaintiff has been irreparably harmed and will continue to suffer

damage until an appropriate injunction and damages award are imposed by this Court against defendant.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks that this Court grant judgment against defendants for the following:

A. Defendants, their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of them, be permanently enjoined from:

i. infringing plaintiff's copyrighted works;

ii. indirectly, contributorily, or vicariously infringing plaintiff's copyrighted works; and,

iii. conspiring, encouraging, inducing, allowing, abetting, or assisting others in performing any of the activities referred to in subparagraphs (i) - (ii) above.

B. Defendants shall file with the Court and serve on plaintiff, within 30 days after the entry and service on defendants of an injunction, a report in writing and attested to under penalty of perjury setting forth in detail the manner and form in which defendants have complied with the provisions of subparagraph (A) above.

C. Plaintiff be awarded statutory damages for prosecuting this action.

D. Plaintiff recovers all damages it has sustained as a result of defendants' infringement.

E. Plaintiff be awarded enhanced damages due to defendants' willful infringement.

F. Plaintiff be awarded its reasonable attorneys' fees for prosecuting this action to the full extent allowable by 17 U.S.C. § 505 or other related statute.

G. Plaintiff recovers its costs of this action and pre-judgment and post-judgment interest, to the full extent allowed by law.

H. Plaintiff receives all other relief the Court deems appropriate.

Respectfully submitted,

Date: September 3, 2026 MANDOUR & ASSOCIATES, APC

/s/ Ben T. Lila

Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com
Attorneys for plaintiff,
Galatea Jewelry Corporation

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on its claims herein and all issues and claims so triable in this action.

Respectfully submitted,

Date: September 3, 2026

MANDOUR & ASSOCIATES, APC

/s/ Ben T. Lila

Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com
Attorneys for plaintiff,
Galatea Jewelry Corporation

**EXHIBIT A**

EXHIBIT A

**Registration Number**
**VA 2-343-023**
**Effective Date of Registration:**
February 28, 2023
**Registration Decision Date:**
April 22, 2023

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** Octopus

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** April 12, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** chi huynh
  **Author Created:** Piece of Jewelry
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1968

## Copyright Claimant

**Copyright Claimant:** chi huynh
247 w. bonita ave, san dimas, CA, 91773, United States

## Rights and Permissions

**Name:** Chi Huynh
**Email:** chigalateausa@gmail.com
**Telephone:** (951)202-1227
**Alt. Telephone:** (909)592-0877
**Address:** 247west Bonita ave
san dimas, CA 91773 United States

Page 1 of 2

EXHIBIT A

## Certification

**Name:** chi huynh, Author/Owner
**Date:** February 28, 2023

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



EXHIBIT A

**Registration Number**
**VA 2-343-020**
**Effective Date of Registration:**
February 28, 2023
**Registration Decision Date:**
April 22, 2023

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** Octopus 2

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** April 12, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Chi Huynh
  **Author Created:** Piece of Jewelry
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Chi Huynh
247west Bonita ave, san dimas, CA, 91773, United States

## Rights and Permissions

**Name:** Chi Huynh
**Email:** chigalateausa@gmail.com
**Telephone:** (951)202-1227
**Alt. Telephone:** (909)592-0877
**Address:** 247west Bonita ave
san dimas, CA 91773 United States

## Certification

**Name:** chi huynh, Author/Owner
**Date:** February 28, 2023

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



EXHIBIT A

**Registration Number**
**VA 2-343-022**
**Effective Date of Registration:**
February 28, 2023
**Registration Decision Date:**
April 22, 2023

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** Pearl egg

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** April 12, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Chi Huynh
  **Author Created:** Piece of Jewelry
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Chi Huynh
247west Bonita ave, san dimas, CA, 91773, United States

## Rights and Permissions

**Name:** Chi Huynh
**Email:** chigalateausa@gmail.com
**Telephone:** (951)202-1227
**Alt. Telephone:** (909)592-0877
**Address:** 247west Bonita ave
san dimas, CA 91773 United States

## Certification



EXHIBIT A

**Name:** chi huynh, Author/Owner
**Date:** February 28, 2023

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

**Registration Number**
**VA 2-241-434**
**Effective Date of Registration:**
March 09, 2021
**Registration Decision Date:**
March 16, 2021

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** mortality skull

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** February 01, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** chi huynh
  **Author Created:** Piece of Jewelry
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** chi huynh
11136 malone street, rancho cucamonga, CA, 91701

## Limitation of copyright claim

**Material excluded from this claim:** silver

## Rights and Permissions

**Name:** chi huynh
**Email:** artistchi@yahoo.com
**Telephone:** (951)202-1227
**Address:** 11136 malone street
rancho cucamonga, CA 91701



EXHIBIT A

## Certification

**Name:** chi huynh, Author/Owner
**Date:** March 09, 2021

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

**Registration Number**
**VA 2-241-437**
**Effective Date of Registration:**
March 09, 2021
**Registration Decision Date:**
March 16, 2021

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** Lion Ring

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** February 01, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** chi huynh
  **Author Created:** Piece of Jewelry
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** chi huynh
11136 malone street, rancho cucamonga, CA, 91701

## Limitation of copyright claim

**Material excluded from this claim:** silver and gold

## Rights and Permissions

**Name:** chi huynh
**Email:** artistchi@yahoo.com
**Telephone:** (951)202-1227
**Address:** 11136 malone street
rancho cucamonga, CA 91701



EXHIBIT A

## Certification

**Name:** chi huynh, Author/Owner
**Date:** March 09, 2021

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



EXHIBIT A

**Registration Number**
VAu 1-002-027
**Effective date of registration:**
October 2, 2009

## Title

**Title of Work:** Two in One Heart

## Completion/Publication

**Year of Completion:** 2009

## Author

- **Author:** Chi Huynh
  **Pseudonym:** Artist Chi
  **Author Created:** jewelry design
  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Chi Huynh
548 W Bonita Ave, San Dimas, CA, 91773

## Rights and Permissions

**Name:** Chi Huynh
**Email:** artistchi@yahoo.com **Telephone:** 951-202-1227
**Address:** 548 W Bonita Ave
San Dimas, CA 91773

## Certification

**Name:** Chi Huynh
**Date:** October 1, 2009



EXHIBIT A

**Registration Number**
VAu 1-010-959
**Effective date of registration:**
January 8, 2010

## Title

**Title of Work:** Two of One Heart

## Completion/Publication

**Year of Completion:** 2010

## Author

- **Author:** Chi Huynh
  **Pseudonym:** Artist Chi
  **Author Created:** jewelry design
  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Chi Huynh
548 W Bonita Ave, San Dimas, CA, 91773

## Rights and Permissions

**Name:** Chi Huynh
**Email:** artistchi@yahoo.com **Telephone:** 951-202-1227
**Address:** 548 W Bonita Ave
San Dimas, CA 91773

## Certification

**Name:** Chi Huynh
**Date:** January 8, 2010



EXHIBIT A

**Registration Number**
**VAu 1-595-329**
**Effective Date of Registration:**
June 08, 2026
**Registration Decision Date:**
July 24, 2026

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** Whale with Pearl

## Completion/Publication

**Year of Completion:** 2013

## Author

- **Author:** Chi Huynh
  **Author Created:** Piece of Jewelry
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Chi Huynh
247west Bonita ave, san dimas, CA, 91773, United States

## Rights and Permissions

**Name:** Chi Huynh
**Email:** chigalateausa@gmail.com
**Telephone:** (951)202-1227
**Alt. Telephone:** (909)592-0877
**Address:** 247west Bonita ave
san dimas, CA 91773 United States

## Certification



EXHIBIT A

**Name:** chi huynh
**Date:** June 08, 2026

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



EXHIBIT A

**Registration Number**
**VAu 1-595-330**
**Effective Date of Registration:**
June 08, 2026
**Registration Decision Date:**
July 24, 2026

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** Piggy Pearl

## Completion/Publication

**Year of Completion:** 2013

## Author

- **Author:** Chi Huynh
  **Author Created:** Piece of Jewelry
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Chi Huynh
247west Bonita ave, san dimas, CA, 91773, United States

## Rights and Permissions

**Name:** Chi Huynh
**Email:** chigalateausa@gmail.com
**Telephone:** (951)202-1227
**Alt. Telephone:** (909)592-0877
**Address:** 247west Bonita ave
san dimas, CA 91773 United States

## Certification



EXHIBIT A

**Name:** chi huynh
**Date:** June 08, 2026

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

**Registration Number**
**VAu 1-595-328**
**Effective Date of Registration:**
June 08, 2026
**Registration Decision Date:**
July 24, 2026

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** parrot with pearl

## Completion/Publication

**Year of Completion:** 2013

## Author

- **Author:** Chi Huynh
  **Author Created:** Piece of Jewelry
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Chi Huynh
247west Bonita ave, san dimas, CA, 91773, United States

## Rights and Permissions

**Name:** Chi Huynh
**Email:** chigalateausa@gmail.com
**Telephone:** (951)202-1227
**Alt. Telephone:** (909)592-0877
**Address:** 247west Bonita ave
san dimas, CA 91773 United States

## Certification



EXHIBIT A

**Name:** chi huynh
**Date:** June 08, 2026

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



EXHIBIT A

**Registration Number**
**VAu 1-595-325**
**Effective Date of Registration:**
June 08, 2026
**Registration Decision Date:**
July 24, 2026

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** Hummingbird pearl with a long tail

## Completion/Publication

**Year of Completion:** 2013

## Author

- **Author:** Chi Huynh
  **Author Created:** Piece of Jewelry
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Chi Huynh
247west Bonita ave, san dimas, CA, 91773, United States

## Rights and Permissions

**Name:** Chi Huynh
**Email:** chigalateausa@gmail.com
**Telephone:** (951)202-1227
**Alt. Telephone:** (909)592-0877
**Address:** 247west Bonita ave
san dimas, CA 91773 United States

## Certification



EXHIBIT A

**Name:** chi huynh
**Date:** June 08, 2026

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



EXHIBIT A

**Registration Number**
**VAu 1-595-327**
**Effective Date of Registration:**
June 08, 2026
**Registration Decision Date:**
July 24, 2026

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** king frog

## Completion/Publication

**Year of Completion:** 2013

## Author

- **Author:** Chi Huynh
  **Author Created:** Piece of Jewelry
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Chi Huynh
247west Bonita ave, san dimas, CA, 91773, United States

## Rights and Permissions

**Name:** Chi Huynh
**Email:** chigalateausa@gmail.com
**Telephone:** (951)202-1227
**Alt. Telephone:** (909)592-0877
**Address:** 247west Bonita ave
san dimas, CA 91773 United States

## Certification

**Name:** Chi Huynh
**Date:** June 08, 2026

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



EXHIBIT A

**Registration Number**
**VAu 1-595-323**
**Effective Date of Registration:**
June 08, 2026
**Registration Decision Date:**
July 24, 2026

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** Bird of paradise jewelry

## Completion/Publication

**Year of Completion:** 2013

## Author

- **Author:** chi Huynh
  **Author Created:** Piece of Jewelry
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** chi Huynh
247 W Bonita Ave, San Dimas, 91773, United States

## Limitation of copyright claim

**Material excluded from this claim:** gold and pearl

## Rights and Permissions

**Name:** Chi Huynh
**Email:** chigalateausa@gmail.com
**Telephone:** (951)202-1227
**Alt. Telephone:** (909)592-0877
**Address:** 247west Bonita ave
san dimas, CA 91773 United States



EXHIBIT A

## Certification

**Name:** chi huynh
**Date:** June 08, 2026

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

**Registration Number**
**VAu 1-595-332**
**Effective Date of Registration:**
June 08, 2026
**Registration Decision Date:**
July 24, 2026

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** Gold-fish

## Completion/Publication

**Year of Completion:** 2013

## Author

- **Author:** Chi Huynh
  **Author Created:** Piece of Jewelry
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Chi Huynh
247west Bonita ave, san dimas, CA, 91773, United States

## Rights and Permissions

**Name:** Chi Huynh
**Email:** chigalateausa@gmail.com
**Telephone:** (951)202-1227
**Alt. Telephone:** (909)592-0877
**Address:** 247west Bonita ave
san dimas, CA 91773 United States

## Certification



EXHIBIT A

**Name:** chi huynh
**Date:** June 08, 2026

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

**Registration Number**

**VAu 1-594-318**

**Effective Date of Registration:**
June 08, 2026

**Registration Decision Date:**
July 15, 2026

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** Frog with pearl

## Completion/Publication

**Year of Completion:** 2013

## Author

- **Author:** Chi Huynh
  **Author Created:** Piece of Jewelry
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Chi Huynh
247west Bonita ave, san dimas, CA, 91773, United States

## Rights and Permissions

**Name:** Chi Huynh
**Email:** chigalateausa@gmail.com
**Telephone:** (951)202-1227
**Alt. Telephone:** (909)592-0877
**Address:** 247west Bonita ave
san dimas, CA 91773 United States

## Certification

**Name:** Chi Huynh
**Date:** June 08, 2026

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

**EXHIBIT B**

COPYRIGHT ASSIGNMENT

This Copyright Assignment is made effective as of 7-16, 2026, by Chi Huynh, referred to as the "Assignor," in favor of Galatea,Galatea Jewelry Corp., referred to as the "Assignee."

1. Assignment of Copyright

I, Chi Huynh, confirm that I am the creator and copyright owner of the jewelry designs that I created before the effective date of this Assignment for Galatea or for use in connection with Galatea's business.

I hereby permanently assign, transfer, and convey to Galatea all of my worldwide rights, title, and interest in and to the copyrightable elements of those jewelry designs, including all related:

Copyrights, Design drawings, Sketches, Renderings, Illustrations, Digital files, Three dimensional models, Photographs created by me of the designs, Design specifications

Revisions, variations, and adaptations created before the effective date

Applications and registrations for copyright relating to the designs

Rights to reproduce, manufacture, display, publish, distribute, advertise, license, modify, adapt, and create derivative works from the designs

Rights to pursue claims for past, present, and future copyright infringement, to the extent legally permitted

2. Included Designs

This Assignment applies to all jewelry designs created by me before the effective date that were created for Galatea, presented under the Galatea name, sold by Galatea, used by Galatea, or maintained in Galatea's design and business records.

The covered designs may be further identified in an attached exhibit, catalog, design archive, image collection, product list, registration record, or other Galatea business record.

3. Ownership

From the effective date of this Assignment, Galatea shall own the assigned copyrights and may register, enforce, license, transfer, modify, reproduce, manufacture, market, sell, or otherwise use the covered designs without further approval from me.

4. Further Documents

I agree to sign any reasonable additional documents needed to confirm Galatea's ownership, register the assigned copyrights, record this Assignment, or enforce the assigned rights.

EXHIBIT B

5. Representations

I represent that, to the best of my knowledge:

I created the jewelry designs covered by this Assignment.

I have the authority to assign the rights described in this Assignment.

I have not previously assigned the same copyright rights to another person or company, except for any rights already held by Galatea.

The covered designs do not knowingly infringe the copyright rights of another party.

6. Consideration

This Assignment is made in consideration of my relationship with Galatea, compensation previously received, and other good and valuable consideration, the receipt and sufficiency of which are acknowledged.

7. Governing Law

This Assignment shall be governed by the laws of the State of California and applicable federal copyright law.

ASSIGNOR

Chi Huynh

Signature:

Date: 7-16-2026

ASSIGNEE

Galatea

Legal company name:Galatea Jewelry Corp.

By: Chi Huynh

EXHIBIT B

Title:CEO

Signature:

Date:7-16-2026

**EXHIBIT C**

| Title | Registration No. | Registration Date | Plaintiff's Copyrighted Design | Defendants' Infringing Design |
|---|---|---|---|---|
| Octopus | VA 2-343-023 | February 28, 2023 |  |  |
| Octopus 2 | VA 2-343-020 | February 28, 2023 |  |  |
| Pearl egg | VA 2-343-022 | February 28, 2023 |  |  |

EXHIBIT C

| | | | | |
|---|---|---|---|---|
| mortality skull | VA 2-241-434 | March 09, 2021 |   |   |
| Lion Ring | VA 2-241-437 | March 09, 2021 |  |  |
| Two in One Heart | VA 1-010-959<br>VAu 1-002-027 | January 8, 2010;<br>October 2, 2009 |  |  |

EXHIBIT C

| | | | | |
|---|---|---|---|---|
| Whale with Pearl | VAu 1-595-329 | June 8, 2026 |  |  |
| Piggy Pearl | VAu 1-595-330 | June 8, 2026 |  |  |

| | | | | |
|---|---|---|---|---|
| parrot with pearl | VAu 1-595-328 | June 8, 2026 |  |  |
| Hummingbird pearl with a long tail | VAu 1-595-325 | June 8, 2026 |  |  |

| | | | | |
|---|---|---|---|---|
| king frog | VAu 1-595-327 | June 6, 2026 |  |  |
| Bird of paradise jewelry | VAu 1-595-323 | June 8, 2026 |  |  |

| | | | | |
|---|---|---|---|---|
| Gold-fish | VAu 1-595-332 | June 8, 2026 |  |  |
| Frog with pearl | VAu 1-594-318 | June 8, 2026 |  |  |

EXHIBIT C