MANDOUR & ASSOCIATES, APC
JOSEPH A. MANDOUR, III (SBN 188896)
Email: jmandour@mandourlaw.com
BEN T. LILA (SBN 246808)
Email: blila@mandourlaw.com
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: (858) 487-9300
Attorneys for plaintiff,
Galatea Jewelry Corporation

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Galatea Jewelry Corporation, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>Hoang Doan DBA Ecks Jewelry, an individual; and Ecks Jewelry, Inc., a California corporation,<br><br>Defendants. | **Civil Case No. 2:26-cv-09889-AB-SSC**<br><br>**PROOF OF SERVICE OF SUMMONS** |

\\
\\
\\
\\

Civil Action No. 2:26-cv-9889 -MBK

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Hoang Doan dba Ecks Jewelry and Ecks Jewelry Inc was received by me on *(date)* 09/25/26 .

☒ I personally served the summons on the individual at *(place)* 526 Huntington Drive, Apt. P, Arcadia, CA 91007 on *(date)* Mon, 09/28/26; 2:07 PM ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______, who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______; or

❒ I returned the summons unexecuted because ______; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______.

I declare under penalty of perjury that this information is true.

Date: September 30, 2026

*Server's signature*

John Abramyan, Process Server (LA #2024153691)

*Printed name and title*

501 W. Broadway, Ste. A373, San Diego, CA 92101

*Server's address*

Additional information regarding attempted service, etc:

Additional Documents Served:

1. Complaint
2. Civil Cover Sheet
3. Certification and Notice of Interested Parties
4. Report on the Filing or Determination of an Action or Appeal Regarding a Copyright
5. Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent